# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# KANSAS CITY DIVISION

| | |
|---|---|
| LINDA LEPPER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:20-cv-00860 |
| MIDWEST DIVISION - RBH, LLC, | ) ) ) |
| Defendant. | ) |

## ORDER

The parties have filed a joint stipulation of dismissal with prejudice, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii).

Accordingly, the above captioned case is DISMISSED with prejudice, each party to bear their own costs and expenses.

/s/ Howard F. Sachs
HONORABLE HOWARD F. SACHS
UNITED STATES DISTRICT COURT

February 25, 2022

Kansas City, Missouri